**Douglas A. PANNELL, Jr.,
Petitioner–Appellant,**

v.

**Eric WILSON, Warden, Respondent–
Appellee.**

No. 13–7945.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 17, 2014.

Decided: April 21, 2014.

Douglas A. Pannell, Jr., Appellant Pro Se.

Before WILKINSON, KING, and DUNCAN, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Douglas A. Pannell, Jr., a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. *Pannell v. Wilson,* No. 3:13–cv–00413–JAG, 2013 WL 6092190 (E.D.Va. Nov. 19, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*